**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

---

### _Minute Order_

---

Date: April 17, 2018                                    **Honorable Elizabeth E. Brown, Presiding**
                                                        Kerstin Cass, Law Clerk

---

In re:   Ute Lake Ranch, Inc.,                          **Case. No. 16-17054 EEB**
                                                        Chapter 7

            Debtor.

---

| Counsel | Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Brian Fletcher, Gabrielle Palmer | Trustee | Joli Lofstedt (for DVR) |
| Counsel | Phil Pearlman | Trustee | Janice Steinle* |
| Counsel | Brian Ray | Creditor | Bruce Hamon |
| Counsel | Harvey Sender, Mark Saliman | Creditor | New Lake LLC |
| Counsel | | Creditor | |
| | *telephonic appearance | | |

Proceedings: Non-Evidentiary Hearing on Joint Motion to Approve Settlement Agreement with New Lake, LLC and the Objection thereto filed by Bruce Hamon

☐ Witnesses Sworn        ☐ See Attached List        ☐ Exhibits Entered        ☐ Evidentiary Hearing[1]
☐

---

Orders:

☒  The Court set a two-day evidentiary hearing on the Trustees' Joint Motion to Approve Settlement Agreement with New Lake, LLC for **August 13 and August 14, 2018, starting at 9:30 a.m. each day**, before the Honorable Elizabeth E. Brown in in Courtroom F, US Bankruptcy Court, 721 19th Street, Denver, CO 80202.

1. **On or before July 30, 2018,** the parties shall:

    a.  Exchange pre-marked exhibits with one another.  Plaintiff/Movant shall use numbers. Defendant/Respondent shall use letters.  For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page. _Do not file the exhibits with the Court_, except as provided in paragraph 2(a)(i) below.

    b.  File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of Attachment A.

2. **On or before August 6, 2018,** the parties shall:

    a.  File with the Court and serve on opposing party(parties) any written objections to the opposing party's exhibits.

        (i)     If written objections are filed, the objector must attach a copy of the contested exhibit for the Court's review, unless the nature of the objection

---

[1] This hearing is considered evidentiary for statistical purposes.

involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.

(ii)    If written objections are not filed, then all objections except as to relevancy will be deemed waived.

(iii)    The parties should be aware, however, that if the party offering the exhibit never refers to the exhibit either during testimony or in closing argument, then in the Court's discretion, it may not review or consider the exhibit, despite its admission into evidence.

b.    The parties shall present exhibits in an electronic form. Parties shall follow the Courtroom Technology Procedures available on Courtroom F's website at http://www.cob.uscourts.gov/misc/Courtroom_Technology_Procedures.pdf.

3.   **At the hearing,** each party shall:

a.    For paper exhibits - deliver to the Court three sets of the party's exhibits. One copy is for the judge, one is for the law clerk, and one is for the witness. Each set shall be placed into a three-ring binder (do not use binders larger than 3 inches in width), with tabs that indicate the appropriate exhibit letter/number. Tabs must extend past the side of the paper so that the witness and the Court may easily locate each exhibit. The first page of each binder shall include an index in the form of Attachment 1 to this Order.

b.    For electronic exhibits - provide two (2) USB drives containing the List of Witnesses and Exhibits and electronic copies of all evidence to courtroom staff. All exhibits should be saved in PDF format and named as follows, "Exhibit Marker – Exhibit Name" (e.g., "A – Contract"). If a particular exhibit will be referred to throughout the hearing/trial, such as a key contract or a summary exhibit, parties should consider providing a paper copy of that exhibit to the Court.

c.    Present testimony through witnesses who are present in the courtroom. No testimony will be allowed by telephone or declaration. If a witness is unavailable for trial and his or her testimony has been preserved through deposition transcripts or video depositions, then this fact should be identified in the List of Witnesses and Exhibit.

4.   **After the hearing,** the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

**For additional information** on witnesses and exhibits, please see Witness & Exhibit Procedures for Judge Elizabeth Brown, available at http://www.cob.uscourts.gov/brown/files/WitnessExhibitProcedures.pdf.

---

Date: April 17, 2018

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, U.S. Bankruptcy Judge

**ATTACHMENT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

In re

_____,

Debtor
_____

_____,

Plaintiff

v.

_____,

Defendant.

| | |
|---|---|
| | Case No.: _____ EEB |
| | Chapter |
| | |
| | Adversary Proceeding No.: _____ EEB |

_____

**(Party Name)'s LIST OF WITNESSES AND EXHIBITS**

_____

_____ ("Party") , through undersigned counsel, hereby designates the following witnesses and exhibits for the trial/hearing on _____, at _____  ___. m. in Courtroom F before the Honorable Elizabeth E. Brown.

**WITNESSES**

Party **will** call the following witnesses:

1. _____, to testify regarding: _____

_____

2. _____, as an adverse witness.

Party **may** call the following witnesses:

1. _____, to testify regarding _____.

2. _____, to testify regarding _____.

**EXHIBITS**

Party intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:_____

FIRM NAME

By:_____
John A. Attorney, #0000
Street Address
City, State, Zip
Telephone Number
Facsimile Number
*Attorney for*_____

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a true and correct copy of the foregoing _____**'s List of Witnesses and Exhibits** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, this ____ day of _____, _____:

_____

**ATTACHMENT 1**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO**

In re:

_____,

Debtor,

_____

_____,

Plaintiff,

v.

_____,

Defendant.

Case No. _____ EEB
Chapter

Adversary Proceeding No. _____ EEB

**EXHIBITS FOR HEARING**

Submitted by:    (Name of Party)
In connection with: (date and nature of hearing or date of trial)
Example: 12/31/00 Motion for Relief from Stay or 12/31/00 Trial

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---------|-------------|------------------|-------------------|---------------------|
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |