**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

---

## *Minute Order*

---

| | |
|---|---|
| Date: August 13, 2018 | **Honorable Elizabeth E. Brown, Presiding** |
| | Kerstin Cass, Law Clerk |

---

| | |
|---|---|
| In re:   DVR, LLC, | **Case. No. 16-17064 EEB** |
| | Chapter 11 |
| Debtor. | |

---

| Appearances | UST | Representing |
|---|---|---|
| Counsel | | |
| Counsel  Brian Fletcher, Gabrielle Palmer | Trustee | Joli Lofstedt (for DVR) |
| Counsel  Phil Pearlman | Trustee | Janice Steinle (for Ute Lake Ranch) |
| Counsel  Brian Ray, Chris Conant | Creditor | Bruce Hamon |
| Counsel  Harvey Sender, Mark Saliman | Creditor | New Lake LLC |
| Counsel | Creditor | |
| *telephonic appearance | | |

<u>Proceedings</u>: Evidentiary Hearing on the Trustees' Joint Motion to Approve Settlement Agreement with New Lake, LLC and the Objection thereto filed by Bruce Hamon

☒ Witnesses Sworn    ☐ See Attached List    ☒ Exhibits Entered    ☒ Evidentiary Hearing[1]
☒The following individuals were sworn as witnesses and testified: Ed Cordes, Joli Lofstedt, Janice Steinle
☒  The Court received into evidence the following of the Trustees' Exhibits: 3, 6, 9, 10, 14, 18, 20-22, 24-27, 30-34, 38, 39, 45-47, 50, 57
☒The Court received into evidence the following of the Hamon's Exhibits: A-M, O-R, T, V, W, CC, DD, EE-II, KK-TT, VV, XX

---

<u>Orders</u>:
☒  Trial is continued to **9:30 a.m. on Tuesday, August 14, 2018**.

---

Date: August 13, 2018

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.