UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minute Order

Date: August 14, 2018      **Honorable Elizabeth E. Brown, Presiding**
Kerstin Cass, Law Clerk

In re: DVR, LLC,      **Case. No. 16-17064 EEB**
Chapter 11

Debtor.

| Appearances | | Representing |
|---|---|---|
| Counsel | UST | |
| Counsel | Brian Fletcher, Gabrielle Palmer | Trustee | Joli Lofstedt (for DVR) |
| Counsel | Phil Pearlman | Trustee | Janice Steinle (for Ute Lake Ranch) |
| Counsel | Brian Ray, Chris Conant | Creditor | Bruce Hamon |
| Counsel | Harvey Sender, Mark Saliman | Creditor | New Lake LLC |
| Counsel | | Creditor | |

*telephonic appearance

Proceedings: Evidentiary Hearing on the Trustees' Joint Motion to Approve Settlement Agreement with New Lake, LLC and the Objection thereto filed by Bruce Hamon

☒ Witnesses Sworn    ☐ See Attached List    ☒ Exhibits Entered    ☒ Evidentiary Hearing[1]
☒ The following individuals were sworn as witnesses and testified: Ed Cordes, Ranjit Pradhan, Harold Gorden
☒ The Court received into evidence the following of the Trustees' Exhibits: 58, 60-65
☒ The Court received into evidence the following of the Hamon's Exhibits: YY

Orders:
☒ At the conclusion of the hearing, the Court took the matter under advisement and will issue a ruling in due course.

Date: August 14, 2018

BY THE COURT:

*Elizabeth E. Brown* (signature)
Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.