# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: DVR, LLC | § | Case No. 16-17064-EEB |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joli A. Lofstedt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $1,325,000.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $566,458.50 | |

3) Total gross receipts of $1,891,458.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,891,458.50 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 2,255,357.92 | 5,529,129.04 | 1,325,000.00 | 1,325,000.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 132,715.73 | 109,465.73 | 109,465.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 627,514.01 | 456,992.77 | 456,992.77 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 274,930.61 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,016,321.13 | 5,485,577.29 | 2,016,820.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$3,546,609.66** | **$11,774,936.07** | **$3,908,278.96** | **$1,891,458.50** |

4) This case was originally filed under Chapter 11 on 07/18/2016 and it was converted to Chapter 7 on 12/28/2018. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/08/2020     By: /s/ Joli A. Lofstedt
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| Mineral Interests located in Quay and Harding Counties | 1210-000 | 154,000.00 |
| Proceeds from Chapter 11 Estate | 1290-010 | 1,737,458.50 |
| **TOTAL GROSS RECEIPTS** | | **$1,891,458.50** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | SIM Colorado Holdings, LLC | 4110-000 | 361,542.47 | 361,442.62 | 0.00 | 0.00 |
| 00006 | Philips Family Partnership | 4110-000 | 361,542.47 | 388,147.95 | 0.00 | 0.00 |
| 00016 | Bruce W. Hamon c/o Hamon Infrastructure | 4110-000 | 25,569.38 | 27,083.27 | 0.00 | 0.00 |
| 00026 | New Lake, LLC c/o Alan Bock | 4110-000 | 0.00 | 2,529,713.24 | 1,325,000.00 | 1,325,000.00 |
| 00033 | CBI Holdings LLC EKS&H Attn: Melanie Starck | 4110-000 | 1,063,797.26 | 1,121,101.37 | 0.00 | 0.00 |
| 00030-1 | Sidney Strebeck, individually & Strebeck Ranches Charles R. | 4210-000 | 442,906.34 | 576,640.59 | 0.00 | 0.00 |
| 00030-2 | Sidney Strebeck, individually & Strebeck Ranches Charles R. | 4210-000 | 0.00 | 525,000.00 | 0.00 | 0.00 |
| 00030-3 | Sidney Strebeck, individually & Strebeck Ranches Charles R. | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,255,357.92** | **$5,529,129.04** | **$1,325,000.00** | **$1,325,000.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joli Lofstedt | 2100-000 | N/A | 79,993.76 | 56,743.76 | 56,743.76 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Joli Lofstedt | 2200-000 | N/A | 1,791.47 | 1,791.47 | 1,791.47 |
| ONSAGER \| FLETCHER \| JOHNSON LLC | 3210-000 | N/A | 45,784.50 | 45,784.50 | 45,784.50 |
| ONSAGER \| FLETCHER \| JOHNSON LLC | 3220-000 | N/A | 641.00 | 641.00 | 641.00 |
| Dennis & Company, PC | 3410-000 | N/A | 1,989.00 | 1,989.00 | 1,989.00 |
| SL Biggs, a division of Singer Lewak LLP | 3410-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Dennis & Company, PC | 3420-000 | N/A | 16.00 | 16.00 | 16.00 |
| Signature Bank | 2600-000 | N/A | 0.00 | 0.00 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES and CHARGES | | N/A | $132,715.73 | $109,465.73 | $109,465.73 |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joli Lofstedt | 6101-000 | N/A | 90,602.15 | 79,420.15 | 79,420.15 |
| Joli Lofstedt | 6102-000 | N/A | 5,927.88 | 5,196.27 | 5,196.27 |
| Markus Williams Young & Zimmermann, LLC | 6700-220 | N/A | 45,552.78 | 25,208.50 | 25,208.50 |
| Holland & Hart LLP | 6700-220 | N/A | 50,066.28 | 27,706.23 | 27,706.23 |
| Cordes & Company, Inc. | 6700-560 | N/A | 192,366.90 | 106,454.10 | 106,454.10 |
| ONSAGER \| FLETCHER \| JOHNSON LLC | 6210-000 | N/A | 215,000.00 | 188,464.98 | 188,464.98 |
| ONSAGER \| FLETCHER \| JOHNSON LLC | 6220-000 | N/A | 4,162.02 | 3,648.35 | 3,648.35 |
| Dennis & Company, PC | 6410-000 | N/A | 23,801.00 | 20,863.50 | 20,863.50 |
| Dennis & Company, PC | 6420-000 | N/A | 35.00 | 30.69 | 30.69 |
| TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | N/A | $627,514.01 | $456,992.77 | $456,992.77 |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Cordes & Company, Inc. | 5300-000 | 146,786.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Holland & Hart LLP | 5300-000 | 42,217.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Quay County Treasurer's Office | 5300-000 | 85,926.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $274,930.61 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | Blane Scenters | 7100-000 | 0.00 | 196,196.33 | 196,196.33 | 0.00 |
| 00003 | New Mexico Commissioner of Public Lands New Mexico State Lan | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00004 | Cordes & Company, as Custodian of DVR | 7100-000 | 0.00 | 146,701.82 | 0.00 | 0.00 |
| 00005 | Cordes & Company, as Custodian of DVR | 7100-000 | 0.00 | 40,872.50 | 0.00 | 0.00 |
| 00007 | Holland & Hart LLP Attn Larry J. Montano | 7100-000 | 0.00 | 47,989.28 | 0.00 | 0.00 |
| 00008 | Janice A. Steinle Trustee for Ute Lake Ranch, Inc. c/o Phili | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00009 | James K. Kreutz & Associates PC | 7100-000 | 124,313.87 | 120,759.13 | 120,759.13 | 0.00 |
| 00010-1 | Masters Properties, LLC | 7100-000 | 0.00 | 435,000.00 | 0.00 | 0.00 |
| 00010-2 | Masters Properties, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00011 | 2300 N. Main | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00012-1 | Charles L. Strebeck | 7100-000 | 0.00 | 330,000.00 | 0.00 | 0.00 |
| 00012-2 | Charles L. Strebeck | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00013 | Markus Williams Young & Zimmermann LLC c/o James T. Markus | 7100-000 | 0.00 | 70,000.00 | 0.00 | 0.00 |
| 00014-1 | Seven S Farms, LLC | 7100-000 | 0.00 | 200,000.00 | 0.00 | 0.00 |
| 00014-2 | Seven S Farms, LLC | 7100-000 | 0.00 | 125,000.00 | 0.00 | 0.00 |
| 00014-3 | Seven S Farms, LLC | 7100-000 | 0.00 | 125,000.00 | 0.00 | 0.00 |
| 00014-4 | Seven S Farms, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00015 | Brent L. Strebeck | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00017-1 | Karen R. and Michael L. Wilson | 7100-000 | 0.00 | 125,500.00 | 0.00 | 0.00 |
| 00017-2 | Karen R. and Michael L. Wilson | 7100-000 | 0.00 | 125,500.00 | 125,500.00 | 0.00 |
| 00019 | Jerold P. Azato and Lynn Aurelius-Azato | 7100-000 | 0.00 | 242,400.00 | 242,400.00 | 0.00 |
| 00020 | Christopher Gordon and Penny Vencel | 7100-000 | 0.00 | 247,500.00 | 247,500.00 | 0.00 |
| 00021 | Harold W. and Martha F. Gorden | 7100-000 | 0.00 | 382,250.00 | 382,250.00 | 0.00 |
| 00022 | Jamie A. Halegoua | 7100-000 | 0.00 | 121,250.00 | 121,250.00 | 0.00 |
| 00023 | Ranjit R. and Radhika R. Pradhan | 7100-000 | 0.00 | 130,200.00 | 130,200.00 | 0.00 |
| 00024 | Bruce W. Hamon c/o Hamon Infrastructure | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00025 | Eight S Properties, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00027 | Triple Bar S Properties, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00028 | Resort Custom Builders LLC c/o Winston Wall Wall Custom Home | 7100-000 | 0.00 | 150,000.00 | 150,000.00 | 0.00 |
| 00029 | Selena G. Strebeck | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim # | Claimant | Code | Amount Filed | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|---:|
| 00031-1 | 2300 N. Main | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00032 | Bruce W. Hamon c/o Hamon Infrastructure | 7100-000 | 0.00 | 1,009,000.00 | 0.00 | 0.00 |
| 00034 | JVS, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00035 | David V. Nash and Gordon W. Poelman | 7100-000 | 0.00 | 282,500.00 | 282,500.00 | 0.00 |
| 00036 | 2300 N. Main | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00037 | Six S Properties, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00038 | Jordan Strebeck | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00039-1 | Five S Properties, LLC | 7100-000 | 0.00 | 470,000.00 | 0.00 | 0.00 |
| 00039-2 | Five S Properties, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00040 | Hilltop Motors | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00041 | Layne T Strebeck | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00042 | SWD, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00043 | River Canyon Ranch, LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00044 | The Citizens Bank of Clovis Attn: Jim L. Sours, VP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00045 | Charles L. Strebeck | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00046 | Ryan S Strebeck | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00047 | Joseph M. Catalano | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00048 | Bx3 Business Solutions Brian Brann | 7100-000 | 0.00 | 18,265.00 | 18,265.00 | 0.00 |
| 00049 | Barry Freedman | 7200-000 | 618,618.92 | 343,693.23 | 0.00 | 0.00 |
| NOTFILED | Chloe Enterprises, Inc. | 7100-000 | 194,220.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CSI, LLC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | New Lake, LLC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sidney Strebeck | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Strebeck Ranches, Ltd. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Venture Source | 7100-000 | 79,168.06 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,016,321.13** | **$5,485,577.29** | **$2,016,820.46** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 16-17064 EEB | Trustee: | Joli A. Lofstedt |
|---|---|---|---|
| Case Name: | DVR, LLC | Filed (f) or Converted (c): | 12/28/18 (c) |
| | | §341(a) Meeting Date: | 02/22/19 |
| Period Ending: | 12/08/20 | Claims Bar Date: | 07/24/20 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Proceeds from Chapter 11 Estate (u) | 1,737,458.50 | 1,737,458.50 | | 1,737,458.50 | FA |
| 2 | Claim against New Lake LLC for demunition of value during pre-petition sale in Receivership | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Claim against Barry Freedman for demunition of value during sale in Receivership | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Claim against Bruce W. Hamon pending outcome of Ute Lake Ranch, Inc. defense against Strebeck claims (Case No. D-1010-2011-00101) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Mineral Interests located in Quay and Harding Counties (u) | 154,000.00 | 154,000.00 | | 154,000.00 | FA |
| 6 | Post-petition Contribution Claim (u) | 0.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,891,458.50** | **$1,891,458.50** | | **$1,891,458.50** | **$0.00** |

**Major activities affecting case closing:**
10/8/2020 TFR sent to UST.

**Initial Projected Date of Final Report (TFR):** December 30, 2020      **Current Projected Date of Final Report (TFR):** October 08, 2020 (Actual)

December 08, 2020                                                                                 /s/ Joli A. Lofstedt
Date                                                                                                     Joli A. Lofstedt

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 16-17064 EEB | **Trustee:** | Joli A. Lofstedt | |
| **Case Name:** | DVR, LLC | **Bank Name:** | Texas Capital Bank | |
| | | **Account:** | ******0846 - Checking Account | |
| **Taxpayer ID#:** | **-***4096 | **Blanket Bond:** | $54,420,450.00 (per case limit) | |
| **Period Ending:** | 12/08/20 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/07/19 | Asset #1 | Transfer from FNB Vinita | Proceeds from Chapter 11 Estate | 1290-010 | 1,737,458.50 | | 1,737,458.50 |
| 04/08/19 | Asset #5 | Haywood Minerals Ltd No. 1 | Sale of mineral interests | 1210-000 | 154,000.00 | | 1,891,458.50 |
| 06/17/20 | | Signature Bank | Transfer to account ending 5535 | 9999-000 | | 1,891,458.50 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,891,458.50 | 1,891,458.50 | $0.00 |
| Less: Bank Transfers | | 0.00 | 1,891,458.50 | |
| **Subtotal** | | 1,891,458.50 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,891,458.50** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| **Case Number:** | 16-17064 EEB | **Trustee:** | Joli A. Lofstedt |
|---|---|---|---|
| **Case Name:** | DVR, LLC | **Bank Name:** | Signature Bank |
| | | **Account:** | ******5535 - Checking Account |
| **Taxpayer ID#:** | **-***4096 | **Blanket Bond:** | $54,420,450.00 (per case limit) |
| **Period Ending:** | 12/08/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/17/20 | | Texas Capital Bank | Transfer from account ending 0846 | 9999-000 | 1,891,458.50 | | 1,891,458.50 |
| 07/08/20 | | Sender & Smiley, LLC COLTAF | Payment per Global Settlement AgreementOrder entered 7-1-20 | 4110-000 | | 1,325,000.00 | 566,458.50 |
| 07/22/20 | 52001 | Dennis & Company, PC | Accountant Fees | 3410-000 | | 1,989.00 | 564,469.50 |
| 07/22/20 | 52002 | Dennis & Company, PC | Accountant Expenses | 3420-000 | | 16.00 | 564,453.50 |
| 07/22/20 | 52003 | ONSAGER | FLETCHER | JOHNSON LLC | Attorney Fees | 3210-000 | | 45,784.50 | 518,669.00 |
| 07/22/20 | 52004 | ONSAGER | FLETCHER | JOHNSON LLC | Attorney Expenses | 3220-000 | | 641.00 | 518,028.00 |
| 07/22/20 | 52005 | Joli Lofstedt | Trustee Fees - First Interim Fee Application | 2100-000 | | 40,000.00 | 478,028.00 |
| 08/04/20 | 52006 | Joli Lofstedt | Chapter 11 Trustee Fees - Per Order entered 8-4-20 | 6101-000 | | 54,361.29 | 423,666.71 |
| 08/04/20 | 52007 | ONSAGER | FLETCHER | JOHNSON LLC | Chapter 11 Attorney Fees - per Order entered 8-4-20 | 6210-000 | | 129,000.00 | 294,666.71 |
| 08/04/20 | 52008 | ONSAGER | FLETCHER | JOHNSON LLC | Chapter 11 Attorney Expenses - per Order entered 8-4-20 | 6220-000 | | 2,497.21 | 292,169.50 |
| 08/04/20 | 52009 | Dennis & Company, PC | Chapter 11 Accountant Fees - per Order entered 8-4-20 | 6410-000 | | 14,280.60 | 277,888.90 |
| 08/04/20 | 52010 | Dennis & Company, PC | Chapter 11 Accountant Expenses - per Order entered 8-4-20 | 6420-000 | | 21.00 | 277,867.90 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 16-17064 EEB | | Trustee: | Joli A. Lofstedt |
|---|---|---|---|---|
| Case Name: | DVR, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5535 - Checking Account |
| Taxpayer ID#: | **-***4096 | | Blanket Bond: | $54,420,450.00 (per case limit) |
| Period Ending: | 12/08/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/04/20 | 52011 | Joli Lofstedt | Chapter 11 Trustee Expenses - per Order entered 8-4-20 | 6102-000 | | 3,556.73 | 274,311.17 |
| 08/26/20 | 52012 | ONSAGER \| FLETCHER \| JOHNSON LLC | Chapter 11 Attorney Fees - per Order entered 8-4-20 | 6210-000 | | 43,000.00 | 231,311.17 |
| 08/26/20 | 52013 | ONSAGER \| FLETCHER \| JOHNSON LLC | Chapter 11 Attorney Expenses - per Order entered 8-4-20 | 6220-000 | | 832.41 | 230,478.76 |
| 08/26/20 | 52014 | Dennis & Company, PC | Chapter 11 Accountant Fees - per Order entered 8-4-20 | 6410-000 | | 4,760.20 | 225,718.56 |
| 08/26/20 | 52015 | Dennis & Company, PC | Chapter 11 Accountant Expenses - per Order entered 8-4-20 | 6420-000 | | 7.00 | 225,711.56 |
| 08/26/20 | 52016 | Cordes & Company, Inc. | 80% of amounts to be disbursed from DVR estate for Chapter 11 Receiver | 6700-000 | | 84,823.69 | 140,887.87 |
| 08/26/20 | 52017 | Holland & Hart LLP | 80% of amounts to be disbursed from DVR estate for Attorney for Receiver | 6700-000 | | 22,076.60 | 118,811.27 |
| 08/26/20 | 52018 | Markus Williams Young & Zimmermann, LLC | 80% of amounts to be disbursed from DVR estate for Attorney for Receiver | 6700-000 | | 20,086.38 | 98,724.89 |
| 08/26/20 | 52019 | Joli Lofstedt | Chapter 11 Trustee Fees - per Order entered 8-4-20 | 6101-000 | | 18,120.43 | 80,604.46 |
| 08/26/20 | 52020 | Joli Lofstedt | Chapter 11 Trustee Expenses - per Order entered 8-4-20 | 6102-000 | | 1,185.58 | 79,418.88 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 552.91 | 78,865.97 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 4

| Case Number: | 16-17064 EEB | | Trustee: | Joli A. Lofstedt |
| --- | --- | --- | --- | --- |
| Case Name: | DVR, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5535 - Checking Account |
| Taxpayer ID#: | **-***4096 | | Blanket Bond: | $54,420,450.00 (per case limit) |
| Period Ending: | 12/08/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/08/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | -552.91 | 79,418.88 |
| 09/30/20 | 52021 | SL Biggs, a division of Singer Lewak LLP | Accountant Fees | 3410-000 | | 2,500.00 | 76,918.88 |
| 11/03/20 | 52022 | Joli Lofstedt | Dividend of 100.000000000%. | 2100-000 | | 16,743.76 | 60,175.12 |
| 11/03/20 | 52023 | Joli Lofstedt | Dividend of 100.000000000%. | 2200-000 | | 1,791.47 | 58,383.65 |
| 11/03/20 | 52024 | Joli Lofstedt | Dividend of 100.000000000%. | 6101-000 | | 6,938.43 | 51,445.22 |
| 11/03/20 | 52025 | Joli Lofstedt | Dividend of 100.000000000%. | 6102-000 | | 453.96 | 50,991.26 |
| 11/03/20 | 52026 | ONSAGER | FLETCHER | JOHNSON LLC | Dividend of 100.000000000%. | 6210-000 | | 16,464.98 | 34,526.28 |
| 11/03/20 | 52027 | ONSAGER | FLETCHER | JOHNSON LLC | Dividend of 100.000000000%. | 6220-000 | | 318.73 | 34,207.55 |
| 11/03/20 | 52028 | Dennis & Company, PC | Dividend of 100.000000000%. | 6410-000 | | 1,822.70 | 32,384.85 |
| 11/03/20 | 52029 | Dennis & Company PC | | 6420-000 | | 2.69 | 32,382.16 |
| 11/03/20 | 52030 | Holland & Hart LLP | Dividend of 100.000000000%. | 6700-220 | | 5,629.63 | 26,752.53 |
| 11/03/20 | 52031 | Markus Williams Young & Zimmermann, LLC | Dividend of 100.000000000%. | 6700-220 | | 5,122.12 | 21,630.41 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 5

| Case Number: | 16-17064 EEB | Trustee: | Joli A. Lofstedt |
|---|---|---|---|
| Case Name: | DVR, LLC | Bank Name: | Signature Bank |
| | | Account: | ******5535 - Checking Account |
| Taxpayer ID#: | **-***4096 | Blanket Bond: | $54,420,450.00 (per case limit) |
| Period Ending: | 12/08/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/20 | 52032 | Cordes & Company, Inc. | Dividend of 100.000000000%. | 6700-560 | | 21,630.41 | 0.00 |

| | | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,891,458.50 | 1,891,458.50 | $0.00 |
| Less: Bank Transfers | | 1,891,458.50 | 0.00 | |
| **Subtotal** | | 0.00 | 1,891,458.50 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$1,891,458.50** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0846** | 1,891,458.50 | 0.00 | 0.00 |
| **Checking # ******5535** | 0.00 | 1,891,458.50 | 0.00 |
| | $1,891,458.50 | $1,891,458.50 | $0.00 |